**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: HENDRIX, MICHAEL T | § Case No. 09-70945 |
| HENDRIX, CELINA J | § |
| | § |
| Debtor(s) EARLYWINE, CELINA J | § |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on March 16, 2009. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $      17,778.14

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 3,316.05 |
   | Payments to creditors | 5,068.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] | $      9,394.09 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

  6. The deadline for filing claims in this case was 07/31/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7. The Trustee's proposed distribution is attached as **Exhibit D**.

  8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,527.81. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $0.00 as interim compensation and now requests the sum of $2,527.81, for a total compensation of $2,527.81. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/04/2010  By: /s/BERNARD J. NATALE
          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-70945  
**Case Name:** HENDRIX, MICHAEL T  
HENDRIX, CELINA J  
**Period Ending:** 05/04/10

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 03/16/09 (f)  
**§341(a) Meeting Date:** 04/23/09  
**Claims Bar Date:** 07/31/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Real estate located at: 7410 E Maize 61067 | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account with Kent Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account with Kent Bank | 10.00 | 10.00 | DA | 0.00 | FA |
| 4 | Checking account with State Bank of Davis | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Misc. household goods and furnishings | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Misc. household goods and furnishings | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Clothing | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | Clothing | 350.00 | 0.00 | DA | 0.00 | FA |
| 9 | Misc Jewelry | 3,000.00 | 3,000.00 | | 1,975.00 | FA |
| 10 | Pension | Unknown | 0.00 | DA | 0.00 | FA |
| 11 | Anticipated Tax refund | 500.00 | 500.00 | DA | 0.00 | FA |
| 12 | 1955 Chevy 210 | 22,000.00 | 9,250.00 | | 6,100.00 | FA |
| 13 | 1996 Jeep Grand Cherokee (Paid in Full) | 500.00 | 500.00 | DA | 0.00 | FA |
| 14 | 2000 Jeep Grand Cherokee | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1974 Chevy Corvette (Paid in Full) | 17,000.00 | 14,600.00 | | 5,000.00 | FA |
| 16 | 1971 Chevy Chevelle (Paid in Full) | 2,000.00 | 100.00 | | 4,700.00 | FA |
| 17 | Quaterhorse | 50.00 | 0.00 | DA | 0.00 | FA |
| 18 | Quaterhorse | 650.00 | 150.00 | DA | 0.00 | FA |
| 19 | 1/2 owner of Tennessee Walker Horse | 100.00 | 0.00 | DA | 0.00 | FA |
| 20 | 7410 E Maize 61067-Duplication | 0.00 | 0.00 | | 0.00 | 0.00 |
| 21 | Checking account with Kent Bank-Duplication | 0.00 | 0.00 | | 0.00 | 0.00 |
| 22 | Checking account with Kent Bank-Duplication | 0.00 | 0.00 | | 0.00 | 0.00 |
| 23 | Chking acctt w/ State Bank of Davis-Duplication | 0.00 | 0.00 | | 0.00 | 0.00 |
| 24 | Misc. household goods and furnishings - Duplic | 0.00 | 0.00 | | 0.00 | 0.00 |
| 25 | Misc. household goods and furnishings-Duplic | 0.00 | 0.00 | | 0.00 | 0.00 |
| 26 | Clothing - Duplication | 0.00 | 0.00 | | 0.00 | 0.00 |
| 27 | Clothing - Duplication | 0.00 | 0.00 | | 0.00 | 0.00 |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-70945  
**Case Name:** HENDRIX, MICHAEL T  
HENDRIX, CELINA J  
**Period Ending:** 05/04/10  

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 03/16/09 (f)  
**§341(a) Meeting Date:** 04/23/09  
**Claims Bar Date:** 07/31/09  

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | Misc Jewelry - Duplication | 0.00 | 0.00 | | 0.00 | 0.00 |
| 29 | Pension - Duplication | 0.00 | 0.00 | | 0.00 | 0.00 |
| 30 | Anticipated Tax refund - Duplication | 0.00 | 0.00 | | 0.00 | 0.00 |
| 31 | 1955 Chevy 210 - Duplication | 0.00 | 0.00 | | 0.00 | 0.00 |
| 32 | 1996 Jeep Grand Cherokee (Paid in Full) - Duplic | 0.00 | 0.00 | | 0.00 | 0.00 |
| 33 | 2000 Jeep Grand Cherokee - Duplication | 0.00 | 0.00 | | 0.00 | 0.00 |
| 34 | 1974 Chevy Corvette (Paid in Full) - Duplic | 0.00 | 0.00 | | 0.00 | 0.00 |
| 35 | 1971 Chevy Chevelle (Paid in Full) - Duplic | 0.00 | 0.00 | | 0.00 | 0.00 |
| 36 | Quaterhorse -Duplication | 0.00 | 0.00 | | 0.00 | 0.00 |
| 37 | Quaterhorse - Duplication | 0.00 | 0.00 | | 0.00 | 0.00 |
| 38 | 1/2 owner of Tennessee Walker Horse - Duplic | 0.00 | 0.00 | | 0.00 | 0.00 |
| 39 | Possible Fraudulent Conveyance - T Paul (u) | 0.00 | Unknown | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 3.14 | Unknown |
| 40 | Assets  Totals (Excluding unknown values) | $207,660.00 | $28,110.00 | | $17,778.14 | $0.00 |

**Major Activities Affecting Case Closing:**

TRUSTEE LIQUIDATING ASSETS AND INVESTIGATING POSSIBLE FRAUDULENT CONVEYANCE.

**Initial Projected Date Of Final Report (TFR):** December 31, 2010      **Current Projected Date Of Final Report (TFR):** December 31, 2010

Printed: 05/04/2010 12:16 PM    V.12.08

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-70945  
**Case Name:** HENDRIX, MICHAEL T  
HENDRIX, CELINA J  
**Taxpayer ID #:** **-***7820  
**Period Ending:** 05/04/10

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****15-65 - Money Market Account  
**Blanket Bond:** $552,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 09/01/09 | | ACTION AUCTIONEERING | SALE OF AUTOMOBILES | | 15,800.00 | | 15,800.00 |
| | {12} | | Auction Sale of 1955 Chevy S210       6,100.00 | 1129-000 | | | 15,800.00 |
| | {16} | | Auction Sale of 1971 Chevy Chevelle   4,700.00 | 1129-000 | | | 15,800.00 |
| | {15} | | Auction Sale of 1974 Corvette        5,000.00 | 1129-000 | | | 15,800.00 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.60 | | 15,800.60 |
| 10/09/09 | 1001 | ACTION AUCTIONEERING | FEES AND EXPENSES OF AUCTIONEER | 3610-000 | | 2,796.00 | 13,004.60 |
| 10/20/09 | | To Account #********1566 | Transfer to cover payment of secured claim payment Re: Kent Bank | 9999-000 | | 5,100.00 | 7,904.60 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.53 | | 7,905.13 |
| 11/13/09 | | To Account #********1566 | Transfer to pay Spinello bill | 9999-000 | | 500.00 | 7,405.13 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.32 | | 7,405.45 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.31 | | 7,405.76 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.29 | | 7,406.05 |
| 02/26/10 | {9} | Action Auctioneering | Sale of ring, bracelet, earrings. | 1129-000 | 1,975.00 | | 9,381.05 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.28 | | 9,381.33 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.41 | | 9,381.74 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.06 | | 9,381.80 |
| 04/06/10 | | Wire out to BNYM account 9200******1565 | Wire out to BNYM account 9200******1565 | 9999-000 | -9,381.80 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,396.00 | 8,396.00 | $0.00 |
| | | | Less: Bank Transfers | | -9,381.80 | 5,600.00 | |
| | | | **Subtotal** | | 17,777.80 | 2,796.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$17,777.80** | **$2,796.00** | |

{} Asset reference(s)                                                                                                     Printed: 05/04/2010 12:16 PM    V.12.08

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-70945  
**Case Name:** HENDRIX, MICHAEL T  
HENDRIX, CELINA J  
**Taxpayer ID #:** **-***7820  
**Period Ending:** 05/04/10

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****15-66 - Checking Account  
**Blanket Bond:** $552,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/20/09 | | From Account #********1565 | Transfer to cover payment of secured claim payment Re: Kent Bank | 9999-000 | 5,100.00 | | 5,100.00 |
| 10/20/09 | 101 | Kent Bank | Pymt for Secured Claim on 55 Chevy S210 | 4210-000 | | 5,068.00 | 32.00 |
| 11/13/09 | | From Account #********1565 | Transfer to pay Spinello bill | 9999-000 | 500.00 | | 532.00 |
| 11/13/09 | 102 | I SPINELLO LOCKSMITHS | Ref # 71220 | 2420-000 | | 223.80 | 308.20 |
| 03/26/10 | 103 | Terry Firch | Ref # JEWELRY SALE | 3610-000 | | 296.25 | 11.95 |
| 04/06/10 | | Wire out to BNYM account 9200******1566 | Wire out to BNYM account 9200******1566 | 9999-000 | -11.95 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,588.05 | 5,588.05 | $0.00 |
| | | | Less: Bank Transfers | | 5,588.05 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 5,588.05 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$5,588.05** | |

{} Asset reference(s)

Printed: 05/04/2010 12:16 PM  V.12.08

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-70945  
**Case Name:** HENDRIX, MICHAEL T  
HENDRIX, CELINA J  
**Taxpayer ID #:** **-***7820  
**Period Ending:** 05/04/10

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******15-65 - Money Market Account  
**Blanket Bond:** $552,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********1565 | Wire in from JPMorgan Chase Bank, N.A. account ********1565 | 9999-000 | 9,381.80 | | 9,381.80 |
| 04/28/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.34 | | 9,382.14 |
| 04/28/10 | | To Account #9200******1566 | Transfer for Final Report | 9999-000 | | 9,382.14 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **9,382.14** | **9,382.14** | **$0.00** |
| | | | Less: Bank Transfers | | 9,381.80 | 9,382.14 | |
| | | | **Subtotal** | | **0.34** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.34** | **$0.00** | |

{} Asset reference(s)    Printed: 05/04/2010 12:16 PM    V.12.08

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 09-70945  
**Case Name:** HENDRIX, MICHAEL T  
HENDRIX, CELINA J  
**Taxpayer ID #:** **-***7820  
**Period Ending:** 05/04/10

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******15-66 - Checking Account  
**Blanket Bond:** $552,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********1566 | Wire in from JPMorgan Chase Bank, N.A. account ********1566 | 9999-000 | 11.95 | | 11.95 |
| 04/28/10 | | From Account #9200******1565 | Transfer for Final Report | 9999-000 | 9,382.14 | | 9,394.09 |
| | | | **ACCOUNT TOTALS** | | 9,394.09 | 0.00 | **$9,394.09** |
| | | | Less: Bank Transfers | | 9,394.09 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****15-65** | 17,777.80 | 2,796.00 | 0.00 |
| **Checking # ***-*****15-66** | 0.00 | 5,588.05 | 0.00 |
| **MMA # 9200-******15-65** | 0.34 | 0.00 | 0.00 |
| **Checking # 9200-******15-66** | 0.00 | 0.00 | 9,394.09 |
| | **$17,778.14** | **$8,384.05** | **$9,394.09** |

{} Asset reference(s)                                                      Printed: 05/04/2010 12:16 PM   V.12.08

# Claims Proposed Distribution

### Case: 09-70945    HENDRIX, MICHAEL T

Report Includes ONLY Claims with a Proposed Distribution

**Case Balance:** $9,394.09     **Total Proposed Payment:** $9,394.09     **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | BERNARD J. NATALE, LTD. <3120-00   Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 100.11 | 100.11 | 0.00 | 100.11 | 100.11 | 9,293.98 |
|  | BERNARD J. NATALE, LTD. <3110-00   Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 6,838.00 | 4,838.00 | 0.00 | 4,838.00 | 4,838.00 | 4,455.98 |
|  | BERNARD J. NATALE <2100-00   Trustee Compensation> | Admin Ch. 7 | 2,527.81 | 2,527.81 | 0.00 | 2,527.81 | 2,527.81 | 1,928.17 |
| 1 | Discover Bank | Unsecured | 6,039.75 | 6,039.75 | 0.00 | 6,039.75 | 267.00 | 1,661.17 |
| 2 | Allied Collection Service | Unsecured | 784.98 | 784.98 | 0.00 | 784.98 | 34.70 | 1,626.47 |
| 3 | State Farm Bank | Unsecured | 741.38 | 741.38 | 0.00 | 741.38 | 32.77 | 1,593.70 |
| 4 | Chase Bank USA | Unsecured | 1,524.18 | 1,524.18 | 0.00 | 1,524.18 | 67.38 | 1,526.32 |
| 5 | Chase Bank USA | Unsecured | 1,514.15 | 1,514.15 | 0.00 | 1,514.15 | 66.93 | 1,459.39 |
| 6U | Kent Bank | Unsecured | 7,625.14 * | 7,625.14 | 0.00 | 7,625.14 | 337.08 | 1,122.31 |
| 7 | PYOD LLC as assignee of | Unsecured | 23,697.94 | 23,697.94 | 0.00 | 23,697.94 | 1,047.60 | 74.71 |
| 8 | Attorney Daniel Lewandowski | Unsecured | 1,690.08 | 1,690.08 | 0.00 | 1,690.08 | 74.71 | 0.00 |
|  | **Total for Case 09-70945 :** |  | **$53,083.52** | **$51,083.52** | **$0.00** | **$51,083.52** | **$9,394.09** |  |

### CASE SUMMARY

|  | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $9,465.92 | $7,465.92 | $0.00 | $7,465.92 | 100.000000% |
| **Total Unsecured Claims :** | $43,617.60 | $43,617.60 | $0.00 | $1,928.17 | 4.420624% |

(*) Denotes objection to Amount Filed

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-70945
Case Name: HENDRIX, MICHAEL T
Trustee Name: BERNARD J. NATALE

Claims of secured creditors will be paid as follows:

*Claimant* *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | BERNARD J. NATALE | $ 2,527.81 | $ |
| *Attorney for trustee* | BERNARD J. NATALE, LTD. | $ 4,838.00 | $ 100.11 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant* *Fees* *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for*        _____ $_____ $_____
*Accountant for*      _____ $_____ $_____
*Appraiser for*       _____ $_____ $_____
*Other*               _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 43,617.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.4 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Discover Bank | $ 6,039.75 | $ 267.00 |
| 2 | Allied Collection Service | $ 784.98 | $ 34.70 |
| 3 | State Farm Bank | $ 741.38 | $ 32.77 |
| 4 | Chase Bank USA | $ 1,524.18 | $ 67.38 |
| 5 | Chase Bank USA | $ 1,514.15 | $ 66.93 |
| 6U | Kent Bank | $ 7,625.14 | $ 337.08 |
| 7 | PYOD LLC as assignee of | $ 23,697.94 | $ 1,047.60 |
| 8 | Attorney Daniel Lewandowski | $ 1,690.08 | $ 74.71 |

**UST Form 101-7-TFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 21,804.15 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 9 | FIA Card Services NA/BAC | $ 21,804.15 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| N/A | | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**