**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: HENDRIX, MICHAEL T § Case No. 09-70945 | |
| HENDRIX, CELINA J § | |
| § | |
| Debtor(s) EARLYWINE, CELINA J § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   Clerk of The U S Bankruptcy Court
   211 South Court Street
   Rockford IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 06/07/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

   Dated: 05/04/2010    By: /s/BERNARD J. NATALE
                                    Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: HENDRIX, MICHAEL T | § | Case No. 09-70945 |
| HENDRIX, CELINA J | § | |
| | § | |
| Debtor(s) EARLYWINE, CELINA J | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*           $   17,778.14

*and approved disbursements of*               $    8,384.05

*leaving a balance on hand of* [1]              $    9,394.09

Claims of secured creditors will be paid as follows:

*Claimant*                                                                 *Proposed Payment*
                          N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | BERNARD J. NATALE | $ 2,527.81 | $ |
| Attorney for trustee | BERNARD J. NATALE, LTD. | $ 4,838.00 | $ 100.11 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*           *Fees*           *Expenses*

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for* _____ $_____ $_____
*Accountant for* _____ $_____ $_____
*Appraiser for* _____ $_____ $_____
*Other* _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 43,617.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.4 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank | $ 6,039.75 | $ 267.00 |
| 2 | Allied Collection Service | $ 784.98 | $ 34.70 |
| 3 | State Farm Bank | $ 741.38 | $ 32.77 |
| 4 | Chase Bank USA | $ 1,524.18 | $ 67.38 |
| 5 | Chase Bank USA | $ 1,514.15 | $ 66.93 |
| 6U | Kent Bank | $ 7,625.14 | $ 337.08 |
| 7 | PYOD LLC as assignee of | $ 23,697.94 | $ 1,047.60 |
| 8 | Attorney Daniel Lewandowski | $ 1,690.08 | $ 74.71 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 21,804.15 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 9 | FIA Card Services NA/BAC | $ 21,804.15 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez               Page 1 of 1                  Date Rcvd: May 14, 2010
Case: 09-70945                Form ID: pdf006             Total Noticed: 28

The following entities were noticed by first class mail on May 16, 2010.
 db           +Michael T Hendrix,    7410 E Maize Rd,    Ridott, IL 61067-9757
 jdb          +Celina J Hendrix,    4912 E Winneshiek Rd,    Freeport, IL 61032-8903
 aty          +Brian A Hart,    Brian A Hart Law Offices PC,    1410 N. Main St.,    Rockford, IL 61103-6239
 aty          +Scott E Hillison,    6833 Stalter Drive Ste 201,    Rockford, IL 61108-2582
 tr           +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
                Rockford, IL 61108-2582
13646647     +Allied Collection Service,     4230 LBJ FWY 407,    Dallas, TX 75244-5882
13646648     +Attorney Daniel Lewandowski,     695 N. Perryville Rd. Ste 4,    Rockford, IL 61107-6225
14254148     +Attorney Daniel Lewandowski,     695 North Perryville Road, Suite 4,    Rockford, IL 61107-6225
13646649     +Bank of America,    %CT Corporation System,    208 S. LaSalle Street, Ste. 814,
                Chicago, IL 60604-1135
13646651      CBE Group,    131 Tower Park, Suite 100,    P.O. Box 2635,    Waterloo, IA 50704-2635
13953569     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
13646654      CITI BANK,    1000 Technology Dr.,    MS 5414,    O Fallon, MO 63368-2240
13646656     +COUNTRYWIDE HOME LOANS,    P.O. Box 10219,    Van Nuys, CA 91410-0219
13646650      Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
13646652     +Chase,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
13646653      Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
13646655     +Collector Car Appraisals,    PO BOX 6732,    Rockford, IL 61125-1732
13646658     +GC Services Limited Partnership,    Collection Agency Division,    6330 Gulfton,
                Houston, TX 77081-1108
13646659     +Kent Bank,    996 W. Fairview Rd.,    Freeport, IL 61032-9193
14072262     +PYOD LLC its successors and assigns as assignee of,     Citibank,    c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
13646660      Rockford College,    4050 E. State St.,    Rockford, IL 61108
13646661     +SALLIEMAE LOAN SERVICING CENTER,    P. O. Box 9500,    Wilkes-Barre, PA 18773-9500
13951445      State Farm Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
13646662     +State Farm Financial,    3 State Farm Plaza N-4,    Bloomington, IL 61791-0002
13646663      WFNNB/Victoria's Secret,    PO BOX 659728,    San Antonio, TX 78265-9728
The following entities were noticed by electronic transmission on May 14, 2010.
13891127      E-mail/PDF: mrdiscen@discoverfinancial.com May 15 2010 00:07:02      DISCOVER BANK,
                DFS Services LLC,    PO Box 3025,    New Albany, Ohio   43054-3025
13646657      E-mail/PDF: mrdiscen@discoverfinancial.com May 15 2010 00:07:02      DISCOVER CARD,
                P.O. Box 15316,    Wilmington, DE 19850-5316
14283170      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 15 2010 00:06:54
                FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
                Oklahoma City, OK   73124-8809
                                                                                               TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty*         +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
                Rockford, IL 61108-2582
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 16, 2010**            **Signature:** *Joseph Speetjens*