**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: HENDRIX, MICHAEL T                   § Case No. 09-70945
       HENDRIX, CELINA J                    §
                                            §
Debtor(s) EARLYWINE, CELINA J               §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $163,660.00 | Assets Exempt: $12,950.00 |
| Total Distribution to Claimants: $6,996.17 | Claims Discharged Without Payment: $63,493.58 |
| Total Expenses of Administration: $10,781.97 | |

    3) Total gross receipts of $ 17,778.14 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $17,778.14 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $148,000.00 | $7,876.70 | $5,068.00 | $5,068.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 12,781.97 | 10,781.97 | 10,781.97 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 53,504.00 | 65,421.75 | 65,421.75 | 1,928.17 |
| **TOTAL DISBURSEMENTS** | $201,504.00 | $86,080.42 | $81,271.72 | $17,778.14 |

4) This case was originally filed under Chapter 7 on March 16, 2009.
. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/11/2010         By: /s/BERNARD J. NATALE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Misc Jewelry | 1129-000 | 1,975.00 |
| 1955 Chevy 210 | 1129-000 | 6,100.00 |
| 1974 Chevy Corvette (Paid in Full) | 1129-000 | 5,000.00 |
| 1971 Chevy Chevelle (Paid in Full) | 1129-000 | 4,700.00 |
| Interest Income | 1270-000 | 3.14 |
| **TOTAL GROSS RECEIPTS** | | **$17,778.14** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 − SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | | | |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 3 − SECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Kent Bank | 4110-000 | N/A | 2,500.00 | 0.00 | 0.00 |
| Countrywide Home Loans | 4110-000 | 148,000.00 | N/A | N/A | 0.00 |
| Kent Bank | 4210-000 | N/A | 5,376.70 | 5,068.00 | 5,068.00 |
| **TOTAL SECURED CLAIMS** | | **$148,000.00** | **$7,876.70** | **$5,068.00** | **$5,068.00** |

**EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 100.11 | 100.11 | 100.11 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 6,838.00 | 4,838.00 | 4,838.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 2,527.81 | 2,527.81 | 2,527.81 |
| ACTION AUCTIONEERING | 3610-000 | N/A | 2,796.00 | 2,796.00 | 2,796.00 |
| Terry Firch | 3610-000 | N/A | 296.25 | 296.25 | 296.25 |
| I SPINELLO LOCKSMITHS | 2420-000 | N/A | 223.80 | 223.80 | 223.80 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 12,781.97 | 10,781.97 | 10,781.97 |

**EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Discover Bank | 7100-000 | N/A | 6,039.75 | 6,039.75 | 267.00 |
| Allied Collection Service | 7100-000 | N/A | 784.98 | 784.98 | 34.70 |
| State Farm Bank | 7100-000 | N/A | 741.38 | 741.38 | 32.77 |
| Chase Bank USA | 7100-000 | N/A | 1,524.18 | 1,524.18 | 67.38 |
| Chase Bank USA | 7100-000 | N/A | 1,514.15 | 1,514.15 | 66.93 |
| Kent Bank | 7100-000 | N/A | 7,625.14 | 7,625.14 | 337.08 |
| PYOD LLC as assignee of | 7100-000 | N/A | 23,697.94 | 23,697.94 | 1,047.60 |
| Attorney Daniel Lewandowski | 7100-000 | N/A | 1,690.08 | 1,690.08 | 74.71 |
| FIA Card Services NA/BAC | 7200-000 | N/A | 21,804.15 | 21,804.15 | 0.00 |
| Capital One | 7100-000 | 3,896.00 | N/A | N/A | 0.00 |
| CBE Group | 7100-000 | 94.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Chase | 7100-000 | 900.00 | N/A | N/A | 0.00 |
| Rockford College | 7100-000 | 5,955.00 | N/A | N/A | 0.00 |
| Sallie Mae Loan Servicing | 7100-000 | 42,579.00 | N/A | N/A | 0.00 |
| WFNNB/Victoria's Secret | 7100-000 | 80.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 53,504.00 | 65,421.75 | 65,421.75 | 1,928.17 |

**UST Form 101-7-TDR (9/1/2009)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-70945  **Trustee:** (330370) BERNARD J. NATALE
**Case Name:** HENDRIX, MICHAEL T  **Filed (f) or Converted (c):** 03/16/09 (f)
HENDRIX, CELINA J  **§341(a) Meeting Date:** 04/23/09
**Period Ending:** 10/04/10  **Claims Bar Date:** 07/31/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Real estate located at: 7410 E Maize 61067 | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account with Kent Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account with Kent Bank | 10.00 | 10.00 | DA | 0.00 | FA |
| 4 | Checking account with State Bank of Davis | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Misc. household goods and furnishings | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Misc. household goods and furnishings | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Clothing | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | Clothing | 350.00 | 0.00 | DA | 0.00 | FA |
| 9 | Misc Jewelry | 3,000.00 | 3,000.00 | | 1,975.00 | FA |
| 10 | Pension | Unknown | 0.00 | DA | 0.00 | FA |
| 11 | Anticipated Tax refund | 500.00 | 500.00 | DA | 0.00 | FA |
| 12 | 1955 Chevy 210 | 22,000.00 | 9,250.00 | | 6,100.00 | FA |
| 13 | 1996 Jeep Grand Cherokee (Paid in Full) | 500.00 | 500.00 | DA | 0.00 | FA |
| 14 | 2000 Jeep Grand Cherokee | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1974 Chevy Corvette (Paid in Full) | 17,000.00 | 14,600.00 | | 5,000.00 | FA |
| 16 | 1971 Chevy Chevelle (Paid in Full) | 2,000.00 | 100.00 | | 4,700.00 | FA |
| 17 | Quaterhorse | 50.00 | 0.00 | DA | 0.00 | FA |
| 18 | Quaterhorse | 650.00 | 150.00 | DA | 0.00 | FA |
| 19 | 1/2 owner of Tennessee Walker Horse | 100.00 | 0.00 | DA | 0.00 | FA |
| 20 | 7410 E Maize 61067-Duplication | 0.00 | 0.00 | | 0.00 | 0.00 |
| 21 | Checking account with Kent Bank-Duplication | 0.00 | 0.00 | | 0.00 | 0.00 |
| 22 | Checking account with Kent Bank-Duplication | 0.00 | 0.00 | | 0.00 | 0.00 |
| 23 | Chking acctt w/ State Bank of Davis-Duplication | 0.00 | 0.00 | | 0.00 | 0.00 |
| 24 | Misc. household goods and furnishings - Duplic | 0.00 | 0.00 | | 0.00 | 0.00 |
| 25 | Misc. household goods and furnishings-Duplic | 0.00 | 0.00 | | 0.00 | 0.00 |
| 26 | Clothing - Duplication | 0.00 | 0.00 | | 0.00 | 0.00 |
| 27 | Clothing - Duplication | 0.00 | 0.00 | | 0.00 | 0.00 |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-70945  
**Case Name:** HENDRIX, MICHAEL T  
HENDRIX, CELINA J  
**Period Ending:** 10/04/10  

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 03/16/09 (f)  
**§341(a) Meeting Date:** 04/23/09  
**Claims Bar Date:** 07/31/09  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 28 | Misc Jewelry - Duplication | 0.00 | 0.00 | | 0.00 | 0.00 |
| 29 | Pension - Duplication | 0.00 | 0.00 | | 0.00 | 0.00 |
| 30 | Anticipated Tax refund - Duplication | 0.00 | 0.00 | | 0.00 | 0.00 |
| 31 | 1955 Chevy 210 - Duplication | 0.00 | 0.00 | | 0.00 | 0.00 |
| 32 | 1996 Jeep Grand Cherokee (Paid in Full) - Duplic | 0.00 | 0.00 | | 0.00 | 0.00 |
| 33 | 2000 Jeep Grand Cherokee - Duplication | 0.00 | 0.00 | | 0.00 | 0.00 |
| 34 | 1974 Chevy Corvette (Paid in Full) - Duplic | 0.00 | 0.00 | | 0.00 | 0.00 |
| 35 | 1971 Chevy Chevelle (Paid in Full) - Duplic | 0.00 | 0.00 | | 0.00 | 0.00 |
| 36 | Quaterhorse -Duplication | 0.00 | 0.00 | | 0.00 | 0.00 |
| 37 | Quaterhorse - Duplication | 0.00 | 0.00 | | 0.00 | 0.00 |
| 38 | 1/2 owner of Tennessee Walker Horse - Duplic | 0.00 | 0.00 | | 0.00 | 0.00 |
| 39 | Possible Fraudulent Conveyance - T Paul  (u) | 0.00 | Unknown | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 3.14 | FA |
| 40 | **Assets** **Totals** (Excluding unknown values) | **$207,660.00** | **$28,110.00** | | **$17,778.14** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE LIQUIDATING ASSETS AND INVESTIGATING POSSIBLE FRAUDULENT CONVEYANCE.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2010   **Current Projected Date Of Final Report (TFR):**   May 4, 2010  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 09-70945 | **Trustee:** | BERNARD J. NATALE (330370) | |
| **Case Name:** | HENDRIX, MICHAEL T | **Bank Name:** | JPMORGAN CHASE BANK, N.A. | |
| | HENDRIX, CELINA J | **Account:** | \*\*\*-\*\*\*\*\*15-65 - Money Market Account | |
| **Taxpayer ID #:** | \*\*-\*\*\*7820 | **Blanket Bond:** | $552,000.00   (per case limit) | |
| **Period Ending:** | 10/04/10 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 09/01/09 | | ACTION AUCTIONEERING | SALE OF AUTOMOBILES | | 15,800.00 | | 15,800.00 |
| | {12} | | Auction Sale of 1955 Chevy S210        6,100.00 | 1129-000 | | | 15,800.00 |
| | {16} | | Auction Sale of 1971 Chevy Chevelle    4,700.00 | 1129-000 | | | 15,800.00 |
| | {15} | | Auction Sale of 1974 Corvette          5,000.00 | 1129-000 | | | 15,800.00 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.60 | | 15,800.60 |
| 10/09/09 | 1001 | ACTION AUCTIONEERING | FEES AND EXPENSES OF AUCTIONEER | 3610-000 | | 2,796.00 | 13,004.60 |
| 10/20/09 | | To Account #\*\*\*\*\*\*\*\*1566 | Transfer to cover payment of secured claim payment Re: Kent Bank | 9999-000 | | 5,100.00 | 7,904.60 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.53 | | 7,905.13 |
| 11/13/09 | | To Account #\*\*\*\*\*\*\*\*1566 | Transfer to pay Spinello bill | 9999-000 | | 500.00 | 7,405.13 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.32 | | 7,405.45 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.31 | | 7,405.76 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.29 | | 7,406.05 |
| 02/26/10 | {9} | Action Auctioneering | Sale of ring, bracelet, earrings. | 1129-000 | 1,975.00 | | 9,381.05 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.28 | | 9,381.33 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.41 | | 9,381.74 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.06 | | 9,381.80 |
| 04/06/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*1565 | Wire out to BNYM account 9200\*\*\*\*\*\*1565 | 9999-000 | -9,381.80 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,396.00 | 8,396.00 | $0.00 |
| | | | Less: Bank Transfers | | -9,381.80 | 5,600.00 | |
| | | | **Subtotal** | | 17,777.80 | 2,796.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$17,777.80** | **$2,796.00** | |

{} Asset reference(s)

Printed: 10/04/2010 05:54 PM    V.12.52

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-70945  
**Case Name:** HENDRIX, MICHAEL T  
HENDRIX, CELINA J  
**Taxpayer ID #:** **-***7820  
**Period Ending:** 10/04/10

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****15-66 - Checking Account  
**Blanket Bond:** $552,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/20/09 | | From Account #********1565 | Transfer to cover payment of secured claim payment Re: Kent Bank | 9999-000 | 5,100.00 | | 5,100.00 |
| 10/20/09 | 101 | Kent Bank | Pymt for Secured Claim on 55 Chevy S210 | 4210-000 | | 5,068.00 | 32.00 |
| 11/13/09 | | From Account #********1565 | Transfer to pay Spinello bill | 9999-000 | 500.00 | | 532.00 |
| 11/13/09 | 102 | I SPINELLO LOCKSMITHS | Ref # 71220 | 2420-000 | | 223.80 | 308.20 |
| 03/26/10 | 103 | Terry Firch | Ref # JEWELRY SALE | 3610-000 | | 296.25 | 11.95 |
| 04/06/10 | | Wire out to BNYM account 9200******1566 | Wire out to BNYM account 9200******1566 | 9999-000 | -11.95 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,588.05 | 5,588.05 | $0.00 |
| | | | Less: Bank Transfers | | 5,588.05 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 5,588.05 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$5,588.05** | |

{} Asset reference(s)        Printed: 10/04/2010 05:54 PM   V.12.52

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-70945 | | **Trustee:** | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| **Case Name:** | HENDRIX, MICHAEL T | | **Bank Name:** | The Bank of New York Mellon |
| | HENDRIX, CELINA J | | **Account:** | 9200-******15-65 - Money Market Account |
| **Taxpayer ID #:** | **-***7820 | | **Blanket Bond:** | $552,000.00  (per case limit) |
| **Period Ending:** | 10/04/10 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********1565 | Wire in from JPMorgan Chase Bank, N.A. account ********1565 | 9999-000 | 9,381.80 | | 9,381.80 |
| 04/28/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0700% | 1270-000 | 0.34 | | 9,382.14 |
| 04/28/10 | | To Account #9200******1566 | Transfer for Final Report | 9999-000 | | 9,382.14 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **9,382.14** | **9,382.14** | **$0.00** |
| | | | Less: Bank Transfers | | 9,381.80 | 9,382.14 | |
| | | | **Subtotal** | | **0.34** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.34** | **$0.00** | |

{} Asset reference(s)    Printed: 10/04/2010 05:54 PM    V.12.52

Exhibit 9

# FORM 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 09-70945
**Case Name:** HENDRIX, MICHAEL T
HENDRIX, CELINA J
**Taxpayer ID #:** **-***7820
**Period Ending:** 10/04/10

**Trustee:** BERNARD J. NATALE (330370)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******15-66 - Checking Account
**Blanket Bond:** $552,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********1566 | Wire in from JPMorgan Chase Bank, N.A. account ********1566 | 9999-000 | 11.95 | | 11.95 |
| 04/28/10 | | From Account #9200******1565 | Transfer for Final Report | 9999-000 | 9,382.14 | | 9,394.09 |
| 06/08/10 | 10104 | BERNARD J. NATALE | Dividend paid 100.00% on $2,527.81, Trustee Compensation; Reference: | 2100-000 | | 2,527.81 | 6,866.28 |
| 06/08/10 | 10105 | Discover Bank | Distribution paid 4.42% on $6,039.75; Claim# 1; Filed: $6,039.75; Reference: 9453 | 7100-000 | | 267.00 | 6,599.28 |
| 06/08/10 | 10106 | Allied Collection Service | Distribution paid 4.42% on $784.98; Claim# 2; Filed: $784.98; Reference: 4104 | 7100-000 | | 34.70 | 6,564.58 |
| 06/08/10 | 10107 | State Farm Bank | Distribution paid 4.42% on $741.38; Claim# 3; Filed: $741.38; Reference: 7318 | 7100-000 | | 32.77 | 6,531.81 |
| 06/08/10 | 10108 | Kent Bank | Distribution paid 4.42% on $7,625.14; Claim# 6U; Filed: $7,625.14; Reference: 2911 - AMENDED | 7100-000 | | 337.08 | 6,194.73 |
| 06/08/10 | 10109 | PYOD LLC as assignee of | Distribution paid 4.42% on $23,697.94; Claim# 7; Filed: $23,697.94; Reference: 5911 | 7100-000 | | 1,047.60 | 5,147.13 |
| 06/08/10 | 10110 | Attorney Daniel Lewandowski | Distribution paid 4.42% on $1,690.08; Claim# 8; Filed: $1,690.08; Reference: DIVORCE FEES - MICHAEL | 7100-000 | | 74.71 | 5,072.42 |
| 06/08/10 | 10111 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 4,938.11 | 134.31 |
| | | | Dividend paid 100.00% on $4,838.00; Claim# ATTY; Filed: $6,838.00 | 3110-000 | 4,838.00 | | 134.31 |
| | | | Dividend paid 100.00% on $100.11; Claim# EXP; Filed: $100.11 | 3120-000 | 100.11 | | 134.31 |
| 06/08/10 | 10112 | Chase Bank USA | Combined Check for Claims#4,5 | | | 134.31 | 0.00 |
| | | | Dividend paid 4.42% on $1,524.18; Claim# 4; Filed: $1,524.18; Reference: 9115 | 7100-000 | 67.38 | | 0.00 |
| | | | Dividend paid 4.42% on $1,514.15; Claim# 5; Filed: $1,514.15; Reference: 3612 | 7100-000 | 66.93 | | 0.00 |

Subtotals : $9,394.09  $9,394.09

{} Asset reference(s)

Printed: 10/04/2010 05:54 PM  V.12.52

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-70945 | **Trustee:** BERNARD J. NATALE (330370) |
| **Case Name:** HENDRIX, MICHAEL T | **Bank Name:** The Bank of New York Mellon |
| HENDRIX, CELINA J | **Account:** 9200-******15-66 - Checking Account |
| **Taxpayer ID #:** **-***7820 | **Blanket Bond:** $552,000.00 (per case limit) |
| **Period Ending:** 10/04/10 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 9,394.09 | 9,394.09 | $0.00 |
| | | | Less: Bank Transfers | | 9,394.09 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 9,394.09 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $9,394.09 | |

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****15-65** | 17,777.80 | 2,796.00 | 0.00 |
| **Checking # ***-*****15-66** | 0.00 | 5,588.05 | 0.00 |
| **MMA # 9200-******15-65** | 0.34 | 0.00 | 0.00 |
| **Checking # 9200-******15-66** | 0.00 | 9,394.09 | 0.00 |
| | $17,778.14 | $17,778.14 | $0.00 |

{} Asset reference(s)          Printed: 10/04/2010 05:54 PM   V.12.52